UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 18 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ARTEMIO ALANIZ-GARZA §<br>         Petitioner, §<br>vs. §<br> §<br>IMMIGRATION AND NATURALIZATION §<br>SERVICE    Respondent. §<br> § | CIVIL CASE NO. B-97-238 |

## ORDER

Before this Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that Respondent's Motion to Dismiss be GRANTED and that this cause of action be DISMISSED. All pending motions are hereby DISMISSED.

DONE this 17th day of March, 1999, in Brownsville, Texas.

Filemon B. Vela
United States District Judge